UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| EDWARD BOWIE,   )   | |
|   )   | |
| Plaintiff,   )   | |
|   )   | |
| v.   )   | **JUDGMENT** |
|   )   | |
|   )   | No. 5:12-CV-514-FL |
|   )   | |
| HENDERSON POLICE DEPARTMENT;   )   | |
| JOHN DOE; and, JANE DOE,   )   | |
|   )   | |
| Defendants.   )   | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's orders entered November 5, 2012 and January 9, 2013, and for the reasons set forth more specifically therein, that plaintiff's claims against all defendants are dismissed. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on January 9, 2013, and Copies To:**
Edward Bowie (via U.S. Mail) 1406 Merriam Avenue, Apt. 2E, Bronx, NY 10452
Kari R. Johnson (via CM/ECF Notice of Electronic Filing

January 9, 2013                      JULIE A. RICHARDS, CLERK
                                      /s/ Christa N. Baker
                                     (By) Christa N. Baker, Deputy Clerk